Shurygailo *v.* Guralnick, Appellant.

Argued January 14, 1969. Before JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

Trespass actions for personal injuries and property damages. Before TREMBATH, P. J., specially presiding.

*Paul J. Senesky,* with him *Gerber, Galfand & Berger,* for appellant.

*Francis A. Ferrara,* with him *Kassab, Cherry, Curran & Archbold,* for appellee.

OPINION PER CURIAM, April 23, 1969:
Judgments affirmed.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.